# First District Court of Appeal
## State of Florida

_____

No. 1D18-2497
_____

KENDRA LANE,

Appellant,

v.

NEIL SINCLAIR SCHREIBER,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Elizabeth Senterfitt, Judge.

July 19, 2019


PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Beth M. Terry of Beth M. Terry, P.A., Jacksonville, for Appellant.

Michael J. Korn of Korn & Zehmer, P.A., Jacksonville, and John M. Henderlite, III of Watson Henderlite, Jacksonville, for Appellee.